Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
### for the

_____ District of _____

_____ Division

| | |
|---|---|
| Sheri Jones Moffett<br>_____<br>*Plaintiff(s)*<br>(Write the full name of each plaintiff who is filing this complaint.<br>If the names of all the plaintiffs cannot fit in the space above,<br>please write "see attached" in the space and attach an additional<br>page with the full list of names.)<br>-v-<br><br><br>H.B. Charles Jr & Shiloh Metropolitan Church<br>_____<br>*Defendant(s)*<br>(Write the full name of each defendant who is being sued.  If the<br>names of all the defendants cannot fit in the space above, please<br>write "see attached" in the space and attach an additional page<br>with the full list of names.) | Case No. 3:20-CV-32-J-20MCR<br>(to be filled in by the Clerk's Office)<br><br>Jury Trial:  (check one)  ☐ Yes  ☐ No |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Sheri Jones Moffett |
| Street Address | 3582 Victoria Lakes Dr. N |
| City and County | Jacksonville, Fl 32226 |
| State and Zip Code | |
| Telephone Number | 901 240-1304 |
| E-mail Address | sjmbookings@gmail.com |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

JAX032435     $400          20 MCR

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

**Defendant No. 1**

Name — H. B. Charles, Jr

Job or Title *(if known)* — Pastor / Teacher

Street Address — 1118 W. Beaver St

City and County — Jacksonville, Fl   Duvall

State and Zip Code — 32204

Telephone Number — 904 - 353 - 8829

E-mail Address *(if known)* —

**Defendant No. 2**

Name — Shiloh Church

Job or Title *(if known)* —

Street Address — 1118 W. Beaver St

City and County — Jacksonville   Duval

State and Zip Code — Fl   32204

Telephone Number — 904 - 353 - 8829

E-mail Address *(if known)* —

**Defendant No. 3**

Name —

Job or Title *(if known)* —

Street Address —

City and County —

State and Zip Code —

Telephone Number —

E-mail Address *(if known)* —

**Defendant No. 4**

Name —

Job or Title *(if known)* —

Street Address —

City and County —

State and Zip Code —

Telephone Number —

E-mail Address *(if known)* —

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Shiloh Metropolitan Baptist Church |
| Street Address | 1118 W. Beaver St |
| City and County | Jacksonville Fl Duval |
| State and Zip Code | Fl 32204 |
| Telephone Number | 904- 353- 8829 |

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

[✓]    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ]    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

[ ]    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ]    Other federal law *(specify the federal law)*:

[ ]    Relevant state law *(specify, if known)*:

[ ]    Relevant city or county law *(specify, if known)*:

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.   The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☑ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☐ Unequal terms and conditions of my employment.
- ☑ Retaliation.
- ☐ Other acts *(specify)*: _____

(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)

B.   It is my best recollection that the alleged discriminatory acts occurred on date(s)

4-30-19

C.   I believe that defendant(s) *(check one)*:

- ☑ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D.   Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☐ race _____
- ☐ color _____
- ☑ gender/sex _____
- ☐ religion _____
- ☐ national origin _____
- ☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

_____

E.   The facts of my case are as follows.  Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A.   It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

10-08-19

B.   The Equal Employment Opportunity Commission *(check one)*:

☐   has not issued a Notice of Right to Sue letter.

☑   issued a Notice of Right to Sue letter, which I received on *(date)*   10-15-19.

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.   Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐   60 days or more have elapsed.

☐   less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   1-14-2020

Signature of Plaintiff      *Sher J Moffett*
Printed Name of Plaintiff   *Sher. Jones Moffett*

### B.   For Attorneys

Date of signing:   _____

Signature of Attorney       _____
Printed Name of Attorney    _____
Bar Number                  _____
Name of Law Firm            _____
Street Address              _____
State and Zip Code          _____
Telephone Number            _____
E-mail Address              _____

Print    Save As...    Add Attachment    Reset

EEOC Form 161 (11/16)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: **Sheri Jones-Moffett**
**3582 Victoria Lakes Drive North**
**Jacksonville, FL 32226**

From: **Miami District Office**
**Miami Tower, 100 S E 2nd Street**
**Suite 1500**
**Miami, FL 33131**

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **510-2019-05274** | **L. Foreshaw,**<br>**Investigator** | **(305) 808-1811** |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

OCT 1 5 2019

Enclosures(s)

**Michael J. Farrell,**
**District Director**

(Date Mailed)

cc: **Daniel Beckwith**
**Executive Pastor**
**SHILOH METROPOLITAN CHURCH**
**AND H.B. CHARLES**
**1118 West Beaver Street**
**Jacksonville, FL 32204**

**J. Walker & Associates, LLC**
**The Walker Building**
**3421 Main Street**
**Atlanta, GA 30337**

EEOC Form 5 (001)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | |

**Florida Commission On Human Relations** and EEOC

*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mrs. Sheri Jones Moffett    J. Walker & Associates | 770-847-7363 | |

| Street Address | City, State and ZIP Code |
|---|---|
| 3582 Victoria Lakes Drive North | Jacksonville, FL 32226 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Shiloh Metropolitan Church and H.B. Charles | | 904-353-8829 |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| 1118 West Beaver St. | Jacksonville, FL 32204 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| | | |

**DISCRIMINATION BASED ON** *(Check appropriate box(es).)*

☐ RACE   ☐ COLOR   ☒ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☐ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ OTHER *(Specify below.)*

| DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|
| Earliest | Latest |
| 04/11/19 | 4/30/2019 |

☐ CONTINUING ACTION

**THE PARTICULARS ARE** *(If additional paper is needed, attach extra sheet(s)):*

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

10-8-19
Date          Charging Party Signature

NOTARY – *When necessary for State and Local Agency Requirements*

Florida Duval

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*

10/08/19

DAREN RODRIGUEZ MIGUEZ
Notary Public. State of Florida
Commission# GG 287442
My comm. expires Jan 1 2023

## SHERI JONES-MOFFETT
## EEOC COMPLAINT

Mrs. Sheri Jones-Moffett, this action against Pastor H.B. Charles and Shiloh

Metropolitan Church under Title VII of the law due to retaliatory firing as well as

her treatment as an African-American female compared to male employees, as well

as the intentional infliction of emotional distress and negligence among other

things.   Regrettably, Mrs. Jones-Moffett's efforts to resolve this dispute with

Pastor Charles outside of the courtroom have been unsuccessful.

## FACTUAL BACKGROUND

1. Mrs. Jones-Moffett and Pastor Charles entered into an employment contract
   on October 1, 2018 as the Director of Worship and Arts with Shiloh
   Metropolitan Church, located in Jacksonville, Florida.

2. On or about April 11, 2019,  Mrs. Jones-Moffett was the victim of very
   unprofessional harassment and discrimination by Pastor Charles. Mrs. Jones-
   Moffett was also humiliated in front of 3 male subordinates by Pastor
   Charles in his office at Shiloh Metropolitan Church.

3. On or about April 23, 2019, Mrs. Jones-Moffett, by and through counsel
   James L. Walker, issued a cease and desist letter to the church and Pastor.

4. Less than a month later, On or about April 30th, 2019, the Mrs. Jones-Moffett was terminated by the Church and Pastor as Director of Worship and Arts with Shiloh Metropolitan Church.

5. Under the employment contract it states the scope of work is to oversee, organize and lead the Worship & Arts Ministry, which is exactly what Mrs. Jones-Moffett had been doing.

6. Under the employment contract it states there will be a performance review conducted in 90 days after your employment start date and this will determine if Mrs. Jones-Moffett's skills meet the needs of the church.

7. Mrs. Jones-Moffett continued employment beyond the 90-day probationary period, which implicates that Mrs. Jones-Moffett's job performance as Director of Worship & Arts is satisfactory. Under the contract, after the initial 90-day probationary period, Mrs. Jones-Moffett's next performance evaluation would be scheduled on the annual basis.

8. Mrs. Jones-Moffett describes the working relationship over the last several months, between she and Pastor Charles, as tense and harassing and discriminatory.

9. Mrs. Jones-Moffett's employment contract was terminated prematurely by the Church and Pastor, leaving Mrs. Jones-Moffett unemployed and without income.

10. Meanwhile, male employees black and white, have been treated differently.

11. Specifically, they have not been fired or terminated, and receive more money.

12. Mrs. Jones-Moffett has been through pain and suffering due to the discrimination and mistreatment of women at the church.

## CONCLUSION

She requests an EEOC investigation and finding of discrimination by the church and pastor in violation of Title VII. The environment is hostile, very few women, if any, in real positions of authority.  And, employees like Mrs. Jones-Moffett are retaliated against if they complain about discrimination or unfair treatment based on race or gender or otherwise.